# Exhibit A

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: lucas.murrey@aya.yale.edu

Plaintiff & Plaintiff In Pro Per

**FILED**
Superior Court of California
County of Los Angeles

MAY 24 2019

Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
Tom G. Holmes

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SANTA MONICA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br><br>    Plaintiff,<br><br>Vs.<br><br>CHEATERREPORT.COM, a California company and or entity; CLOUDFLARE, a California company and or entity; and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No. 19SMCV00935<br><br>Dept.: P<br><br>**UNLIMITED CIVIL, DEMAND FOR MORE THAN $25,000**<br><br>**COMPLAINT FOR DAMAGES FOR**<br><br>1) **DEFAMATION – LIBEL PER SE CIV. CODE §§ 43, 45, 46(3)-47**<br>2) **TORTIOUS AIDING AND ABETTING**<br><br>Complaint Filed:<br><br>Honorable Judge |

## PARTIES

1.      PLAINTIFF is and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles, County of Los Angeles, State of California. PLAINTIFF enjoyed a very good reputation in both his personal and professional life and was respected in local as well as global communities for his books, teaching and scholarship as well as his beginning career in real estate in Los Angeles.

- 1 -
PLAINTIFF'S COMPLAINT

2. DEFENDANT cheaterreport.com, upon information and belief, is now, and at all times mentioned herein was, a company, based in the City and County of Los Angeles, State of California.

3. DEFENDANT Cloudflare, upon information and belief, is now, and at all times mentioned herein was, a company, based in the City and County of San Francisco, State of California.

## I.

## **GENERAL ALLEGATIONS**

4. Plaintiff is a well-known and respected scholar with a Ph.D from Yale University who has published several celebrated academic books and articles and who obtained his real estate license in 2016 and developed serious business prospects based upon his good name and reputation at this time.

5. By December 2016 and throughout 2017, in particular during the summer and autumn of 2017, and thereafter well into 2018, plaintiff Dr. Murrey was viciously defamed on the revenge porn website cheaterreport.com.

6. These defamatory attacks continued even after his dometic partner Sherrie Martinez passed from cancer on 10 March 2018, that is, well into 2018.

7. Dr. Murrey entire intellectual, social and business life and livelihood was decimated by anonymous postings on cheaterreport.com and while this company cheaterreport.com refused to identity the individuals behind any of the postings.

8. After a great deal of due diligence and technical work for which almost every citizen is not equipped to do, plaintiff Dr. Murrey was able to identity that hosting company Cloudflare as the entity in San Francisco hosting cheaterreport.com by the last spring, early summer of 2019.

# FIRST CAUSE OF ACTION

## AGAINST DEFENDANTS AND DOES 1-50

### (Libel Per Se – Civil Code §46)

9. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 8, above, as though fully set forth herein.

10. Plaintiff and others read and saw false, defamatory accusations of plaintiff on cheaterreport.com from 2016 until the present, which either wholly dominated or still continue to haunt his online presence on the internet.

11. Because these comments clearly named Plaintiff, the police and countless other people reasonably understood that these defamatory written comments referred to plaintiff.

12. The aforesaid written statements made allegedly defendants were and are false and were not privileged. Defendants published said statements on their company website(s) and hosting companies knowing the falsity thereof or without using reasonable care to determine the truth or falsity thereof.

13. Defendants published and popularized the aforesaid statements with malice and with the intent to injure Plaintiff's good name and reputation and to interfere with their personal relationships and employment opportunities in that defendants harbored ill-will toward plaintiff and people in general.

14. The aforesaid statements have harmed plaintiff's reputation; such statements have a tendency to injure and have injured plaintiff in their personal and professional relationships, occupation, their future business and employment prospects have been severely harmed, plaintiff has had to incur substantial expense, in order to redress the harm they have suffered, all to plaintiff's

general and actual and specific damages, including compensatory, speculative, exemplary, treble and punitive damages, as well as tortious interference with prospective relations, in an amount which far exceeds the jurisdictional minimum of this court, and which will be proven at trial.

## SECOND CAUSE OF ACTION

## AGAINST DEFENDANT AND DOES 1-50

### (Tortious Aiding and Abetting)

15.   Plaintiff re-alleges and incorporates by reference paragraphs 1 through 14, above, as though fully set forth herein.

16.   Plaintiff claims that he was harmed by individuals defaming him anonymously on cheaterreport.com via the hosting company cloudflare and that cheaterreport.com and cloudflare are responsible for said defamatory harm because these companies and the individuals behind them aided and abetted said anonymous individuals by shielding their anonymity while knowing that their defamatory comments were illegal. In other words, cheaterreport.com and cloudflare both know which interacting with one another that the individuals anonymously posting comments on cheaterreport.com are acting illegally and posting defamatory comments. Further, were cognizant of said illegal behavior, cheaterreport.com and cloudflare give substantial assistance to those defaming people like plaintiff Dr. Murrey and even encourage them to act in conspiratorial, anonymous ways to harm innocent people. Saunders v. Superior Court (1994) 27 Cal.App.4th 832, 846 (Saunders) (citation omitted); see Casey v. United States Bank Nat. Ass.

17.   The aforesaid tortious aiding and abetting of cheaterreport.com and cloudflare profoundly injured plaintiff in their personal and professional relationships, occupation, their future business and employment prospects have been severely harmed, plaintiff has had to incur substantial

expense, in order to redress the harm they have suffered, all to plaintiff's general and actual and specific damages, including compensatory, speculative, exemplary, treble and punitive damages, as well as tortious interference with prospective relations, in an amount which far exceeds the jurisdictional minimum of this court, and which will be proven at trial.

**PRAYER FOR RELIEF**

Plaintiff prays for relief as follows:

1) For economic damages, to be proven at trial;

2) For general and compensatory damages, to be proven at trial;

3) For exemplary and punitive damages to be proven at trial;

4) For costs of suit herein incurred;

5) For interest on all sums awarded at the maximum allowable rate;

6) For such other and further relief as the Court may deem just and proper.

Dated: 22 May 2019

Dr. Stewart Lucas Murrey
Plaintiff in Pro Per