# Exhibit B

**Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: 2@lucasmurrey.io

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.: CV20-6217-PA(SKx)<br>Honorable Judge:<br>Honorable Magistrate Judge:<br><br>**COMPLAINT FOR:**<br><br>(1) Defamation<br><br>(2) Violations of California's Statutory and Common Law Right of Publicity<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Dr. Stewart Lucas Murrey ("Dr. Murrey" or "Plaintiff") hereby alleges the following:

## PARTIES

1. Plaintiff Dr. Murrey, an individual, is a resident of the State of California.

2. Defendant WWW.CHEATERREPORT.COM is a website whose principle place of business is the United States. Its Name Servers point to ALI.NS.CLOUDFLARE.COM and DREW.NS.CLOUDFLARE.COM i.e. Cloudflare, Inc., in San Francisco, California. Allegedly, the only service that Cloudflare, Inc., provides defendant is a Content Delivery Network (CDN) that "accidentally" masks the *actual* Internet Protocol Address (IP Address) of the company responsible for hosting WWW.CHEATERREPORT.COM. The real IP

Address of the hosting company for WWW.CHEATERREPORT.COM is 52.90.63.226 i.e. Amazon Technologies, Inc. in Seattle, Washington. Defendant WWW.CHEATERREPORT.COM is further associated with the name "Elizabeth Jordan", this individual's alleged New York telephone area code (646) and telephone number 755-7212 and Virtual Private Network (VPN) IP Address 45.56.154.66 i.e. Washington D.C.

## JURISDICTION

3. Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391, and this Court has personal jurisdiction over Plaintiff and Defendant by reason of the fact that, (a) Plaintiff, during the time in question, was a resident of and his damages substantially occurred within the County of Los Angeles; (b) many of the events giving rise to this action arose in California, including within the County of Los Angeles; and (c), despite the deliberate anonymity of Defendant, not only does WWW.CHEATERREPORT.COM exist on the Internet i.e. across all fifty (50) states, research suggests that Defendant is inextricably tied to Silicon Valley in California as well as the Westside region of the Los Angeles metropolitan area known as Silicon Beach.

4. Venue is appropriate in this judicial district pursuant to 47 U.S.C. § 151 wherein the Internet as an enhanced communication service falls within the scope of the Communications Act of 1934 that includes the entire United States, including, but not limited to, the County of Los Angeles, wherein the Plaintiff resided and was also harmed.

## FACTS

5. Defendant WWW.CHEATERREPORT.COM is essentially a revenge-porn website.

6. Defendant WWW.CHEATERREPORT.COM has harmed and continues to harm the lives of countless United States citizens.

7. From approximately November 2016 until at least 2018 Defendant

WWW.CHEATERREPORT.COM published defamatory i.e. knowingly false statements about Plaintiff that severely harmed his scholarly, real estate, financial and legal pursuits. This included the false claim that Plaintiff has Sexually Transmitted Diseases (STDs), which is provably not true. This further includes the false claim that Plaintiff "squats" at residences he was selling as a real estate agent, which is provably not true. This includes the false claim that Plaintiff is a "Sociopath" and "Narcissist" which is provably not true. And this includes countless other attempts to discredit and tarnish plaintiff as a "con-artist", "fraud" and or somehow acting illegal in regard to the entire scope of his life and career which relates directly to his multifaceted scholarly, real estate, financial and legal pursuits. These concerted assaults on Plaintiff and his reputation since 2016 were devastating, the effects of which continue still today in 2020.

8. Defendant WWW.CHEATERREPORT.COM profited from the damage it caused Plaintiff.

9. Defendant WWW.CHEATERREPORT.COM conspires with third-parties, including, but not limited to, social-media platforms, who similarly profit from the above-mentioned damage.

10. The egregious Scam for which Defendant WWW.CHEATERREPORT.COM and any and all third-parties with whom Defendant conspires is responsible continues and thrives in the present, insecure state of the Internet.

11. Defendant WWW.CHEATERREPORT.COM refuses to stop the Scam.

12. Defendant WWW.CHEATERREPORT.COM is deliberately anonymous to elude justice for the severe harm it has caused to countless people, Plaintiff included.

13. The statute relevant for this case has been tolled by a previous state court filing: LASC No. 19SMCV00935.

## FIRST CAUSE OF ACTION

### *Defamation*

14. Plaintiff repeats and re-alleges all allegations contained in paragraphs 1

through 13, inclusive, as though fully set forth herein.

15. From approximately November 2016 until at least 2018 Defendant WWW.CHEATERREPORT.COM published defamatory i.e. knowingly false statements about Plaintiff that severely harmed his scholarly, real estate, financial and legal pursuits. This included the false claim that Plaintiff has Sexually Transmitted Diseases (STDs), which is provably not true. This included the false claim that Plaintiff "squats" at residences he was selling as a real estate agent, which is provably not true. And this included the false claim that Plaintiff is a "sociopath" and "narcissist" which is provably not true. Countless other attempts to discredit and tarnish plaintiff as a "con-artist", "fraud" and or somehow acting illegal in regard to the entire scope of his life and career which relates directly to his multifaceted scholarly, real estate, financial and legal pursuits further occurred. These concerted assaults on Plaintiff and his reputation since 2016 were devastating, the effects of which continue still today in 2020.

16. The statements published about Plaintiff by Defendant from approximately November 2016 until at least 2018 were intended to be widely disseminated and repeated throughout California and across the country (and the world) on the Internet and beyond.

17. It was reasonably understood by those who read or heard the statements that Defendant WWW.CHEATERREPORT.COM's defamatory statements were about Plaintiff.

18. Because of the facts and circumstances known to persons who read and or who heard the statements, it was reasonably understood that Defendant meant to convey that Plaintiff could not be trusted in his scholarly, real estate, financial and legal pursuits. WWW.CHEATERREPORT.COM's statements exposed Plaintiff to hatred, contempt, ridicule, and shame, and discouraged others from associated or dealing with him.

19. Defendant WWW.CHEATERREPORT.COM's defamatory statements were

4
COMPLAINT

false.

20. Defendant WWW.CHEATERREPORT.COM made the statements knowing they were false or had serious doubts about the truth of the statements.

21. Defendant WWW.CHEATERREPORT.COM intentionally has no contact location nor common address of communication i.e they intentionally have no telephone, no email, no fax, no address, etc. This questionable state allows Defendant WWW.CHEATERREPORT.COM to never have to reveal and or confirm the identity of anyone who interacts with their website, thus increasing traffic and profit to and from said website. However, by refusing to come out of the dark web and into the light of public justice and confirming who they are and the identities of anyone interacting with their website, Defendant WWW.CHEATERREPORT.COM is by default responsible for any and all defamatory postings it publishes.

22. As a result, Plaintiff has suffered damages in an amount to be proven at trial according to proof, including but not limited to, harm to his reputation, emotional harm, exposure to contempt, ridicule, and shame, and physical threats of violence to his person and life.

23. In making the defamatory statements identified above, Defendant WWW.CHEATERREPORT.COM acted with malice, oppression, or fraud, and is thus responsible for punitive damages in an amount to be proven according to proof.

## SECOND CAUSE OF ACTION

### *Statutory and Common Law Misappropriation of the Right of Publicity*
### Cal. Civil Code § 3344

24. Plaintiff repeats and re-alleges all allegations contained in paragraphs 1 through 23, inclusive, as though fully set forth herein.

25. Defendant WWW.CHEATERREPORT.COM essentially appropriated the identity of Plaintiff, his private photographs and likeness, to consume his entire life, especially, for instance, as experienced by anyone performing a "google search" of his name.

26. Defendant WWW.CHEATERREPORT.COM used the harm caused to Plaintiff to increase traffic to its platform and to serve advertisements that generate revenue for its platform. Defendant WWW.CHEATERREPORT.COM has also sold advertising space directly to the bad actors perpetuating the Scam.

27. Plaintiff has not consented to WWW.CHEATERREPORT.COM's use of his likeness on its platform and he and his agents have informed defendant of his non-consent.

28. Defendant WWW.CHEATERREPORT.COM knows that it has generated further online damages regarding accounts associated with other social media platforms which further violate Plaintiff's right to publicity.

29. Defendant WWW.CHEATERREPORT.COM encouraged and emboldened other online (and off-line) defamation of Plaintiff.

30. Defendant WWW.CHEATERREPORT.COM has thus violated Plaintiff's right of publicity under both California Civil Code § 3344(a) and the common law.

31. This violation irreparably harmed Plaintiff's reputation and goodwill, which Plaintiff has been committed to protecting and developing.

32. The irreparable harm to Plaintiff's reputation is evidenced by the ongoing defamatory tone that plagues Plaintiff's identity online, especially in regard to various social media platforms, amongst other sources.

33. Plaintiff thus seeks injunctive relief to halt this irreparable harm, for which there is no adequate remedy at law.

34. Plaintiff also request any and all available damages.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief:

A. For injunctive relief, as follows: A preliminary and permanent injunction enjoining and restraining defendant WWW.CHEATERREPORT.COM, and all persons or entities in concert with them, during the pendency of this action and perpetually thereafter from:

1. Refusing to apply its content regulation and moderation screening tools to prevent the Scam from being perpetuated;

2. Ignoring and delaying its response(s) to takedown notices concerning the Scam;

3. Profiting off of the Scam in any manner, including through the receipt of monies for paid advertisements and/or through the delivery of advertisements to accounts that infringe on plaintiff's marks;

4. Verifying accounts perpetuating the Scam;

5. Violating and providing assistance in the violation of Plaintiff's right of publicity, in connection with accounts perpetuating the Scam.

B. An award to Plaintiff of damages, including but not limited to, compensatory, statutory, and punitive damages, as permitted by law and in such amounts to be proven at trial.

C. For a recovery in restitution equal to any unjust enrichment enjoyed by Defendant WWW.CHEATERREPORT.COM.

D. An award to Plaintiff of reasonable costs, including reasonable attorneys' fees.

E. For pre- and post-judgment interest as allowed by law.

F. For any such other relief as the Court may deem just and proper.

Dated: 10 July 2020      Respectfully Submitted,

By_____
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Se