# Exhibit C

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: lucas.murrey@aya.yale.edu

Plaintiff & Plaintiff In Pro Per

FILED
Superior Court of California
County of Los Angeles
JAN 28 2021
Sherri R. Carter, Executive Officer/Clerk
By Marcos Mariscal, Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF SANTA MONICA**

DR. STEWART LUCAS MURREY, an individual;

Plaintiff,

Vs.

CHEATERREPORT.COM; 52.90.63.226; 1cee3af7043a06175e570422fcf0107e; CLOUDFLARE, a California company and or entity; AUTOMATTIC a.k.a. WORDPRESS, a California company and or entity; Amazon a.k.a. "AWS" (Amazon Web Services), a Washington company and or entity; and DOES 1 through 50, inclusive;

Defendants.

Case No. 19SMCV00935

FIRST AMENDED COMPLAINT FOR:

1) DEFAMATION–LIBEL
2) DEFAMATION–LIBEL PER SE
3) NEGLIGENCE
4) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
5) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
6) TORTIOUS AIDING AND ABETTING
7) DEPRIVATION OF CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW PURSUANT TO CAL. CIV. CODE § 52.1

Complaint Filed: 24 May 2019

## INTRODUCTION

1) This matter involves the usually despicable acts of defendants who exploit the insecure nature of the Internet for the sake of profiting from the severe damages they caused plaintiff to suffer, specifically through the severe anonymous defamation that they collectively publish, host, build, facilitate, enhance, gatekeep, etc.

## PARTIES AND JURSIDICTION

2) Plaintiff Dr. Stewart Lucas Murrey is and at all times mentioned herein was, an individual,



02/01/21

over the age of majority, residing in the City of Los Angeles, County of Los Angeles, State of California.

3) Plaintiff received his Ph.D from Yale University in 2011 and is an established scholar and historian. His published monographs are housed in the world's more respected libraries, including, but not limited to the libraries of Harvard, Oxford and the Sorbonne. Leading intellectuals and ciphers of morality such as Noam Chomsky celebrate Dr. Murrey's work. Their comments appear on the backs of Dr. Murrey's books and Dr. Murrey and his books are cited in their own. Plaintiff has been working on his next series of books concerning the First World War, the colonialization of Palestine by Israel and the roots of Nazi Germany.

4) Defendant **CHEATERREPORT.COM**, upon information and belief, is now, and at all times mentioned herein was, an aggressively anonymous, revenge-porn and politically motivated website.

5) Defendant **52.90.63.226**, upon information and belief, is now, and at all times mentioned herein was, the Internet Protocol Address wherein CHEATERREPORT.COM was and or is hosted by Amazon Web Services "AWS".

6) Defendant **1cee3af7043a06175e570422fcf0107e**, upon information and belief, is now, and at all times mentioned herein was, the user identification "string" of the individual(s) and or entity(ies) responsible for payments to Cloudflare, Inc. for, among other services, the enhancement the algorithmic impact and dominance of CHEATERREPORT.COM on Google and other online social media ("big tech") platforms.

7) Defendant Cloudflare, upon information and belief, is now, and at all times mentioned herein was, a California based company and or entity.

8) Defendant Automattic a.k.a. Wordpress, upon information and belief, is now, and at all



02/01/21

times mentioned herein was, a California based company and or entity.

9) Defendant Amazon a.k.a. "AWS" (Amazon Web Services), upon information and belief, is now, and at all times mentioned herein was, a Washington company and or entity.

**FACTS COMMON TO ALL CAUSES OF ACTION**

10) While plaintiff was working on his next series of books in 2016 and immediately after he also obtained his real estate license in late 2016, plaintiff began to suffer severely damaging defamation on CHEATERREPORT.COM. Said severe defamation on CHEATERREPORT.COM continued throughout 2017 and 2018 and included, but is not limited to the following false statements hereto attached as Exhibit "A":

Publication on 18 December 2016: Plaintiff is "A Professional Con-artist",
Publication on 20 December 2016: Plaintiff is a "con artist", "pathological liar", "has no empathy", "narcissist", "cheats on all women", "is actually cheating on everyone", "the man will screw you tenfold!!", "he has multiple accounts on dating profiles", "DO NOT TRUST HIIM";
Publication on 31 January 2017: "Lucas Murrey Sociopathe from Yale", "most psycho-daemonic", "Lucas psychologically mistreated me by always putting me down and being bad", "he left me alone when I was pregnant, I had to make an abortion", "he toxic behavior", "he beated strongly on me and stole my blackberry", he left me broken with no support to call anybody", "I contacted Yale", "I always thought this guy would be able to kill someone someday", "HE is a real sociopathe. BEWARE", "Lucas does not have any education", "He will always ask you for money, wine", "he has two kids in Germany and problems with the police there".
Publication on 19 February 2017: "Lucas Murrey Online Predator and Women Manipulator", "Gold Digger!",
Publication on 22 August 2017: "Lucas Murrey Online Predator and Women Manipulator", "Not sure how many dating profile this man has but keeps popping up on both bumble and tinder. There's been some stuff about him online and looks like some trouble overseas. Something about conning women for money and claiming exclusivity with lots of women while living with a girlfriend. Research before u buy lots of red flags here I'd SWIPE LEFT"
Publication on 20 September 2017: "Lucas Murrey Online Predator and Women Manipulator", "DO NOT GO OUT WITH THIS MAN. I CAUGHT HIM RED HANDED HE IS LIAR AND A SERIAL CHEATER", "This guy is a huge loser. He is literally riddled with psychological and emotional issues. I think [...] he could be a psychopath [...] He's a scumbag. Im not going to get into what he did because I don't want to bore you all to death but please, avoid this guy. He's pathetic. I've included his photo and his website where you can read all of the drivel HE'S written about HIMSELF (what a



02/01/21

wanker). You can also lose yourself in his ranting, verbal diarrhea and nonsensical manifestos. Now if you REALLY want to waste your time, you can read ALL of the 'books' that he has SELF- published (couldn't get a real book deal I guess) and all of the trumped up reviews from various "academics". This guy is a spurious fraud and complete imposter. You've been warned. https://lucasmurrey.com", "Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!", "I unfortunately had the same experience. He is definitely a Liar, Con artist and mentally disturbed."

Publication on 21 September 2017: Plaintiff is "creepy and weird [...] Such a dickhead..."

Publication on 24 September 2017: Plaintiff "Sleeps around with multiple women (prob unprotected) while claiming to be your boyfriend. Wouldn't be surprised if he's spreading diseases. Misogynistic, pathological liar, abuser and narcissist (prob has Narcissistic Personality Disorder NPD-my therapist told me about it, look it up) only uses people for his own good. Full on con artist. Thinks he's better than everyone else Rude and dismissive of any opinion he doesn't agree with. Should probably just stick to writing his unreadable books to satisfy his ego for his audience of none."

Publication on 25 September 2017: In regard to Plaintiff: "Isn't this man homeless too? How does he drive all over the entire Southern California highways and never be in one place? Doesn't he "sell homes" and squats in them too? Wasn't he also in prison in Germany? How is this man still getting pussy? Is he capable of Being homicidal?"

Publication on 25 September 2017: In regard to Plaintiff: "Yes, we think he is homeless but thanks to the generosity of many vulnerable women who think they are dating him exclusively, he manages to find various places to 'crash'. He also mooches off them. It has come to light on a handful of occasions, after quickly (and super inappropriately) ingratiating himself into some woman's life, he asks for money. It could be a loan or he just asks for money out-right with no intention of returning it. Charming, no? Various women have reported he is abusive and impossible to get along with, which is probably why he cant find or maintain a relationship with just one woman. Most recently he seems to have endeavored a new foray into the real estate world; another tragic attempt to sustain his existence so can continue to self-publish his ludicrous and drivel based books (aka manifestos). He thinks his writing is just too superior for the average person to understand or appreciate. As for the "houses" he is selling, there seems to be only one. As for driving all over southern California, the house is in Lake Arrowhead. He'll tell you that he has "business" up there, "clients" to see or make it sounds like some sort of ideal weekend jaunt.. Yes, we think he was in jail, we also think he has two children from two different women overseas. I have no idea who or where they are, probably Germany. Again, if you would like to share your story confidentially, there is an email address now dedicated solely to this purpose. Don't be afraid. There are so many women reaching out at this point, its unbelievable. Again, be safe and stay away from this man."

Publication on 25 September 2017: In regard to Plaintiff: "Do you recognize this home or office? Is it YOURS...? Yesterday, predator Lucas Murrey posted this image on his Instagram account. You'll Notice, in the first caption he claims to "love HIS new place" and then hashtags "helpthehomeless". In a comment on this picture, an obviously nice woman (and most likely another one of Lucas' victims whose name I have obscured to respect her privacy) posts about joining her as a volunteer at Midnight Mission. For those wondering, Midnight Mission is a highly regarded, reputable and charitable organization in Los Angeles. I would also suggest that anyone with time and the desire to be of service

02/01/21

to others look into this particularly wonderful charity but I digress... The fact that Lucas is suggesting this space is HIS new home is absurd to both a hilarious and tragic degree. Help the homeless? Lucas, YOU ARE THE HOMELESS! I can't help but wonder whose space this really is. The lack of windows, minimal art and anything other than overhead lighting makes me think this is a professional space, a lobby or someone has just moved in. Still, I can assure you, IT WASN'T LUCAS. I mean, it's possible that he moved in for a night or two as is his modus operandi, or perhaps he has found yet another innocent victim; a woman who thinks she is Lucas' girlfriend and that he has moved in with her. If this is the case, I beg you, RUN AWAY SCREAMING AT THE TOP OF YOUR LUNGS. This man WILL HURT YOU one way or another. He is capable of anything that doesn't require a conscience. Later in the day he deletes the comment and changes his own caption to "nothing like the casual peacefulness of domesticity". Interesting, in as much as Lucas is far from a man at peace and knows nothing about domesticity. I mean, he's about at domestic as a wild pig in heat. Worth noting; Lucas is always on the run and trying to hide something (everything) from the various women he is juggling. Now that you know that, You'll notice that his captions, posts, and dating app. Pictures are always changing. This is a man riddled with insecurities and self-loathing who is always trying to scheme and plan different ways to present himself in a fruitless effort to trick women and probably to try to find 'some' sense of personal identity. He doesn't realize, that as a narcissistic sociopath and a pathological liar, he will never find true personal identity or sense of self love. This, of course, is why he is incapable of experiencing true love for or connection with anyone else. You will not change him. Don't fall for his 'aw, shucks' BS, his pseudo-shyness or his 'misunderstood loan wolf writer' crap. Like most narcissistic socios, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or attacking others close to you. HE IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes knowns (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? God, the other Elis must be SO proud. NOT! Yours truly, Lizzie Raider LizzieRaider90291@gmail.com. Apologies for grammar and spelling, I wrote this quickly and actually DIDN'T go to Yale but if I did I wouldn't need to tell everyone every five minutes!"

Publication on 29 September 2017: In regard to Plaintiff: "Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!"

Publication on 4 October 2017: In regard to Plaintiff: "Lucas is still up to his usual crap. I am contacted by girls who are literally terrified of telling their story. I wish more of you would take a pseudonym and reclaim your power by sharing with others. The truth needs to come out. That's the only way to stop him from exploiting and hurting more women. Lucas today on Instagram, once again likely walking out of some poor unsuspecting woman's home or office and talking about the redistribution of wealth. Lucas doesn't really care about the poor and the only wealth he wants to distribute is YOURS into his



02/01/21

bank account. Get wise, girls. He's on the prowl. AND Lucas, I know you read this because you're a self obsessed narcissist. You brought this upon YOURSELF. Keep trying to retaliate with your smear campaign and legal threats (YES, HE DOES THAT). Poor little Lucas is mad and wants his cheater report taken down. Not only that but he posts fake posts here and lies about others LIKE A MEAN TEENAGE GIRL! Grow up, loser. You cant stop people from telling the truth. It always comes out. You can't silence free speech and NO ONE is scared of your legal threats. You're an idiot! Why don't you just get a job? Maybe get and finance your own living situation. Stop puttering around with court, research on court and wasting everyone's time. You're not a man. A real man doesn't skulk around online, hiding from people and trying to extort women. You are no one. You're just lame and desperate. You could be waiting tables RIGHT now and earning your own money. Stop sponging, Incubus."

Publication on 5 October 2017: In regard to Plaintiff: "ANONYMOUS. Ok this is freaky. I just finished searching him to reach out. I grew up with him and he was like a brother. We haven't been in touch since we were about 19. In my searching I came across these posts. I can't believe what I'm reading. Crazy what happens to people over time."

Publication on 14 October 2017: In regard to Plaintiff: "I just matched with him on tinder. Googled his name to check him out before proceeding any further with texting him and found this site. I didn't even know the cheater report existed until today. SO grateful for you ladies and how brave you are sharing your story. Thank YOU for saving me time and any potential heartache. I hope this guy gets professional help."

Publication on 14 October 2017: In regard to Plaintiff: "So after a very odd meeting with him I did some more research. I saw on his website where you can donate money to a charity that doesn't even exist.

I also found the name of this woman—Christine Babette Dorrothea Haack who I believe is the mother of his two sons in Germany. There's an anonymous 8 page essay (for sale $9.99 y'all!) on Amazon that is about a mother who leverages her German citizenship to keep an American father away from his kids and has him incarcerated. HM. Well isn't that interesting. He also has this story on his website. Doesn't take a genius to figure this out. Ladies-this man has looney tunes written all over him."

Publication on 15 October 2017: In regard to Plaintiff: "Also his real name is Stewart Lucas Murrey."

Publication on 15 October 2017: In regard to Plaintiff: "I also matched with him but avoided a meeting after seeing these posts, so thank you all. Also, as for the Instagram post above, I'm thinking his grandkids will probably ask who "Julie Stein" why he would vote for her since "Jill Stein" was the Green Party nominee in 2016"

Publication on 18 October 2017: In regard to Plaintiff: "He has STDs. How was he on Millionaire Matchmaker?"

Publication on 19 October 2017: In regard to Plaintiff: "I, unfortunately, learned this the hard way. I had a full screening for STDs done at the end of July and they came back negative for everything. After my brief and unpleasant time with this piece of sh*t, I was concerned that he may have given me the kind of gift that keeps on giving, so I got retested and...yes, he definitely has one STD—chlamydia. I've never in my life had an STD and this nightmare has taught me a valuable lesson. There are douchebags out there who will promise you the moon, tell you you're the reason they wake up in the morning, that you're the only one...meanwhile, they are systematically f*cking their way through



02/01/21

Greater Metropolitan Los Angeles—so, no matter what, use protection."
Publication on 19 October 2017: In regard to Plaintiff: "I, unfortunately, learned this the hard way. Back in August, prior to my ill-fated Tinder swipe, I had my yearly pap, along w/ a complete STD screening (full panel) and the results came back negative for everything. After my brief and unpleasant acquaintanceship with this contemptible piece of shit was over in Sept., I was more than a little concerned that he'd perhaps left me with a gift—the kind that keeps on giving, if you catch my drift—so I went back and got retested for everything.(Just as an aside: I slept with no one else during this time period). And yes, it's true that he has an STD, one that he also passed on to me—chlamydia. Never in my life have I had an STD, and this experience has taught me a valuable lesson. There are douchebag guys out there who will promise you the moon, tell you you're the reason they get out of bed in the morning, that they only have eyes for you...meanwhile, their systematically f*cking their way through Greater Metropolitan Los Angeles—so, no matter what ladies, use protection! And steer clear of Lucas Murrey, who truly epitomizes the dregs of society."

11) The above comments published by WWW.CHEATERREPORT.COM immediately consumed any and all "google search results" for plaintff's name, life and work, thus severely harming his reputation and immediately ending his ability to earn money. During this time, anyone who performed an everyday "google search" for plaintiff was led to endless "pages" of "google search results" which pointed only to his defamation on WWW.CHEATERREPORT.COM.

12) WWW.CHEATERREPORT.COM also published harassing statements about plaintiff's girlfriend at this time in 2017 which also severely harmed her career while she, at the same time, was battling cancer. See Exhibit "B" hereto attached. After plaintiff's girlfriend passed from cancer on 10 March 2018 said revenge-porn and politically motivated website WWW.CHEATERREPORT.COM continued to publish severely harassing statements of plaintiff in 2018 directly assaulting the tragic loss plaintiff had suffered. Exhibit "B".

13) Severe online defamation also caused severe offline defamation and harm, as the website WWW.CHEATERREPORT.COM emboldened anonymous hate-groups who knowingly falsely claimed that plaintiff "murdered women with rat poison", a story WWW.CHEATERREPORT.COM aggressively promoted and circulated since the summer of 2017. After Plaintiff's girlfriend succumbed to cancer on 10 March of 2018 this defamation was used to severely harm plaintiff as when anyone on- and or offline would falsely claim that "he had murdered her with rat poison" as well. To this day plaintiff is often defamed because of this and other related knowingly false stories.

14) Although plaintiff sought to contact WWW.CHEATERREPORT.COM directly countless




02/01/21

times, because said revenge-porn, politically motivated website is aggressively anonymous and non-responsive by design, plaintiff while suffering an undue burden of seeking to rehabilitate his life, ended up having to pay sketchy "third-party" individuals and companies (who seem to be directly linked to this online extortion ring) approximately $10,000.00-$15,000.00. and who would not disclosure any information about their relationships with WWW.CHEATERREPORT.COM.

15) By approximately the end of 2019 plaintiff's research and due diligence allowed him to begin to form a picture of WWW.CHEATERREPORT.COM which was secretly hosted by Amazon a.k.a. "AWS" (Amazon Web Services) with the internet protocol (IP) address 52.90.63.226; built and designed by the platform Wordpress; and enhanced by the online services offered by Cloudflare whose fee WWW.CHEATERREPORT.COM paid through the following alphanumeric string: 1cee3af7043a06175e570422fcf0107e.

**FIRST CAUSE OF ACTION**
**DEFAMATION–LIBEL**

16) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

17) As a respected scholar, activist for peace and generally a good person, plaintiff had every intention of continuing his good reputation as such while he continued writing his forthcoming series of books.

18) However, by November 2016 and through 2018 plaintiff was severely harmed by countless knowingly false written statements published on WWW.CHEATERREPORT.COM which defendants operate for the sake of facilitating the most destructive impact on peoples' identities, including plaintiff's (See paragraphs 10, 11 and 12 above).

19) Defendants made said statements out of malice and or knowing the falsity of them and or without doing any due diligence prior to their publication.

20) As a result of these written statements plaintiff's reputation has been severely adversely




02/01/21

affected to the point where he has lost a staggering amount of work, time and revenue.

**SECOND CAUSE OF ACTION**
**DEFAMATION–LIBEL PER SE**

21) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

22) Plaintiff is informed and believes that by November 2016 and through 2018 plaintiff was severely harmed by countless knowingly false written statements published on WWW.CHEATERREPORT.COM which defendants operate for the sake of facilitating the most destructive impact on peoples' identities, including plaintiff's (See paragraphs 10, 11 and 12 above).

23) Defendants made said statements out of malice and or knowing the falsity of them and or without doing any due diligence prior to their publication.

24) Because these written statements name plaintiff anyone reading these statements reasonably understood that they referred to plaintiff.

25) The aforesaid written statements published on WWW.CHEATERREPORT.COM were false and were not privileged. Defendants made said statements knowing the falsity thereof and or did not do their due diligence to verify any of the statements prior to publication.

26) Defendants made the aforementioned statements with malice and intent to injure plaintiff's good name and reputation and to interfere with his personal relationships and employment opportunities in that defendants harbored ill-will toward plaintiff.

27) Said statements have severely harmed plaintiff's reputation and caused him to lose work, time and revenue; such statements have a tendency to injure and have injured plaintiff in his personal and professional relationships; his occupation, future business and employment prospects have been severely harmed; plaintiff has had to incur substantial expense, in order to redress the harm defendants caused him to suffer; all to plaintiff's general and actual and specific damages, including



02/01/21

compensatory, exemplary and punitive damages, as well as tortious interference with prospective relationships, in the amount which exceeds the jurisdictional minimum of this Court, and which will be proven at trial.

**THIRD CAUSE OF ACTION**
**NEGLIFENCE**

28) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

29) Defendants pursuant to the common law of the state of California and as codified in California Civil Code §1714(a) were under a duty through the exercise of ordinary care and caution to refrain from causing damage and injury to persons with whom they come into contact; including the plaintiff.

30) Defendants negligently concluded and assumed that plaintiff "had no legitimate reason" to earn a living and enjoy his life peacefully after he had worked for over a decade to obtain his Ph.D from Yale University in 2011 and establish his identity as a respected scholar and historian.

31) As the natural and probable consequence of the negligence of defendants, plaintiff was subjected to fear, anxiety, grief, mortification and extreme nervousness at the potential risk of losing his life by a never-ending severe defamation of his person and anyone he loved.

32) As the actual and proximate result of his trauma, plaintiff suffered emotional distress, mental and physical harm, post-traumatic stress syndrome, mortification and grief.

33) Plaintiff has had to hire and retain physicians, a psychiatrist and health care professionals to treat him for the psychological and physical harm he has suffered at the hands of and by the negligent acts of the defendants.

34) Plaintiff has suffered medical special damages and incurred medical bills and has suffered



02/01/21

general damages of fright, pain, grief, mortification and harm, all in amounts to be proven at the time of the trial herein.

**FOURTHCAUSE OF ACTION**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

35) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

36) Defendants were negligent when they assumed that plaintiff "had no legitimate reason" to earn a living and enjoy his life peacefully after he had worked for over a decade to obtain his Ph.D from Yale University in 2011 and establish his identity as a respected scholar and historian.

37) As the natural and probable consequence of the negligence of defendants, plaintiff was subjected to fear, anxiety, grief, mortification and extreme nervousness at the potential risk of losing his life by a never-ending severe defamation of his person and anyone he loved.

38) As the actual and proximate result of his trauma, plaintiff suffered emotional distress, mental and physical harm, post-traumatic stress syndrome, mortification and grief.

39) Plaintiff has had to hire and retain physicians, a psychiatrist and health care professionals to treat him for the psychological and physical harm he has suffered. Plaintiff has suffered medical special damages and incurred medical bills and has suffered general damages of fright, pain, grief, mortification and harm, all in amounts to be proven at the time of the trial herein.

**FIFTH CAUSE OF ACTION**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

40) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

41) The conduct of defendants' severe and protracted harassment of plaintiff was and is

02/01/21

outrageous, despicable and extreme the type of which cannot be tolerated in a civilized community or society.

42) When defendants were either 1) obsessed with plaintiff and or 2) found him to be a useful object of experimentation and or 3) source of profit, defendants intended to cause plaintiff emotional distress, or acted with reckless disregard of the probability of causing plaintiff emotional distress during each and every one of the above-noted statements of defamation and "big tech" lethal algorithmic dissemination thereof.

43) As the actual and proximate result of the intentional acts of defendants, plaintiff suffered serious, lasting emotional distress, including but not limited to; emotional distress, mental and physical harm, post-traumatic stress syndrome, mortification and grief. Plaintiff has had to hire and retain physicians, a psychiatrist and health care professionals to treat him for the psychological and physical harm he has suffered. Plaintiff has suffered medical special damages and incurred medical bills and has suffered general damages of fright, pain, grief, mortification and harm, all in amounts to be proven at the time of the trial herein.

**SIXTH CAUSE OF ACTION**
**TORTIOUS AIDING AND ABETTING**

44) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

45) Plaintiff claims that he was harmed by defendants who were cognizant of their illegal behavior from their online criminal organization and who gave substantial assistance to one another and others severely harming plaintiff and even encouraging them to act in conspiratorial, anonymous ways to harm innocent people. Saunders v. Superior Court (1994) 27 Cal.App.4th 832, 846 (Saunders) (citation omitted); see Casey v. United States Bank Nat. Ass.

46) The aforesaid tortious aiding and abetting of defendants severely injured plaintiff in his



02/01/21

personal and professional relationships, occupation, his future business and employment prospects have been severely harmed; plaintiff has had to incur substantial expense, in order to redress the harm he has suffered, all to plaintiff's general and actual and specific damages, including compensatory, speculative, exemplary and punitive damages, as well as tortious interference with prospective relations, in an amount which far exceeds the jurisdictional minimum of this court, and which will be proven at trial.

**SEVENTH CAUSE OF ACTION**
**DEPRIVATION OF CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW PURSUANT TO CAL. CIV. CODE § 52.1**

47) Plaintiff incorporates all allegations of this complaint and re-alleges them as though they were fully set forth herein.

48) Civ. Code § 52.1 provides that it is unlawful to interfere with the exercise or enjoyment of any rights under the Constitution and laws of this state and the United States by use or attempted use of threats, intimidation or coercion.

49) As alleged herein above, defendants intentionally interfered with or attempted to interfere with plaintiff's clearly established rights guaranteed under the United States and California laws, including but not limited to plaintiff's right to earn a living and his right to protection from battery, assault, false imprisonment, violence, vandalism of his property by threats, intimidation and or coercion.

50) As alleged herein above, defendants intentionally interfered with or attempted to interfere with plaintiff's clearly established rights guaranteed under the United States and California laws, including but not limited to plaintiff's right to earn a living, especially because said severe defamation was intentionally widely circulated on the internet.

51) Defendants conspired, aided and or incited each other to threaten, intimidate and coerce



02/01/21

plaintiff through said severe defamation.

52) As a direct and proximate result of defendants' unlawful conduct as alleged herein above, plaintiff has suffered severe emotional distress, humiliation, embarrassment, mental and emotional distress and anxiety, all in an amount exceeding the jurisdictional minimum of the Superior Court according to proof at trial.

53) As a direct and proximate result of defendants' unlawful conduct as alleged herein above, plaintiff has suffered severe economic harm and other consequential damages, all in an amount according to proof at trial.

54) The aforementioned conduct by defendants was willful, wanton and malicious. At all relevant times, each defendant acted with conscious disregard of plaintiff's rights and feelings. Each defendant also acted with the knowledge of and or with reckless disregard for the fact that his or her conduct was certain to cause injury and/or humiliation to the plaintiff. Plaintiff is further informed and believes that each defendant intended to cause fear, physical injury and/or pain and suffering to plaintiff. By virtue of the foregoing, plaintiff is entitled to recover punitive and exemplary damages from defendants according to proof at trial.

55) In addition to and/or in lieu of plaintiff's election, plaintiff is entitled to receive and hereby seeks statutory damages pursuant to Cal. Civ. Code § 52(b), including actual and exemplary damages.

56) Pursuant to Cal. Civ. Code § 52(b)(3), plaintiff has incurred, and will continue to incur, attorney's fees in the prosecution of this action and therefore demands such reasonable attorneys' fees and costs as set by the court.

WHEREFORE, plaintiff prays as follows:



02/01/21

1) For Medical Special damages, in dollar amounts to be proven at the time of the Trial herein.

2) For General damages of pain, suffering, fear, mortification, shame and grief in dollar amounts to be proven at the time of the Trial herein.

3) For Punitive and Exemplary damages, for malicious, oppressive and despicable conduct and racial animus and as alleged in this complaint.

4) For costs of suit herein.

5) For such other and further relief as the court deems just and proper.

Dated: 20 January 2021

By:____________________
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Per

DEMAND FOR TRIAL BY JURY

Plaintiff Dr. Stewart Lucas Murrey hereby demands a Trial by Jury, as to the law and the facts.

Dated: 20 January 2021

By:____________________
Dr. Stewart Lucas Murrey
Plaintiff & Plaintiff in Pro Per



02/01/21

# EXHIBIT A

02/01/21

# 20 December 2016

## Lucas Murrey, California | Cheater Report

https://cheaterreport.com/lucas-murrey-california-2/

Dec 20, 2016 - **Lucas Murrey**, total con artist. Lives in Los Angeles - all women beware!! He will come off at first as a great man in a difficult situation and is oh ...

Posted

Lucas Murrey, total con artist. Lives in Los Angeles – all women beware!! He will come off at first as a great man in a difficult situation and is oh so charming…but he is a pathological liar and cheater. He has no empathy for the other people in his life and will treat anyone like dirt once they aren't of use for him. Huge narcissist. Only cares how you make him appear to others on outside. Will engage in relationships with multiple women at the same time and lie to all of them and say that he's in an exclusive

Secure https://www.cheaterreport.com/lucas-murrey-sociopathe-from-yale/

# LUCAS MURREY SOCIOPATHE FROM YALE

January 15, 2017

Search ...





NEW CHEATER REPORT FACEBOOK PAGE




Be the first of your friends to like this

Cheater Report

feeling blessed.

March 24 at 9:58pm

You can always count on cheaterreport.com to always be there as the top site to report

RANDOM CHEATER REPORTS



GARY BEEBE FROM LINCOLN, CA



MO Rep Donald Gosei

02/01/21



lucas murrey

All News Images Videos Shopping More Settings Tools

About 139,000 results (0.57 seconds)

Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...
https://www.amazon.com/Lucas-Murrey/e/B00M6SNPBA ▾
Visit Amazon.com's Lucas Murrey Page and shop for all Lucas Murrey books and other Lucas Murrey ... See search results for author "Lucas Murrey" in Books ...

Nietzsche: The Meaning of Earth Hardcover - Amazon.com
https://www.amazon.com/Nietzsche-Meaning-Earth-Lucas-Murrey/dp/1611461545 ▾
In this book, author Lucas Murrey argues that the thinking of the modern German philosopher Friedrich Nietzsche (1944–1900) is not only more grounded in ...

Images for lucas murrey










→ More images for lucas murrey

Report images

Lucas Murrey, California | Cheater Report
https://cheaterreport.com/lucas-murrey-california-2/
Dec 20, 2016 - Lucas Murrey, total con artist. Lives in Los Angeles - all women beware!! He will come off at first as a great man in a difficult situation and is oh ...

02/01/21

Cheater Report - The Place to Report a Cheater - Part 8

cheaterreport.com › page

Random Cheater Reports. David Bracht is a cheater · LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California · Gold digger!! Gold digger!! Elise Brown of Knoxville TN ...



Gold digger!! | Cheater Report

cheaterreport.com › gold-digger

Feb 19, 2017 · Canada; Aurora on LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California; Anonymous on jill osier, Washington; Aurora on LUCAS MURREY ...

02/01/21

**JANE DOE**

*September 21, 2017 at 17:10 Reply*

I unfortunately had the same experience. He is definitley a Liar, Con artist and mentally disturbed. I am oozing with regrets

**JEN PARKER**

*September 21, 2017 at 20:52 Reply*

The cad without his (probably fake) glasses.



02/01/21

# EXHIBIT B

02/01/21

cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/

# CHEATER REPORT









NEW CHEATER REPORT FACEBOOK PAGE

Cheater Report

RANDOM CHEATER REPORTS

Sherrie Martinez directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his caretaker to the court system. She will also stop at nothing to defame and stalk other women, including going undercover and serving women papers of restraining orders that have been denied by the judge. It makes one wonder how she has time for this activity. Her behavior demonstrates that although she claims to have a degree in neuroscience and works in child and adolescent psychiatry at UCLA Ms. Martinez is weak in character, cannot think for herself, and knows nothing about true intelligence (or the court system). She must not know that blatantly write a false testimony for the court is a serious criminal offense of no small matter and she could be charged with perjury. She must also think that lying about Child Protective Services and investigations and claiming that a caretaker is using an 8-year-old to defame a man she is desperately trying to date is no small matter. Interesting for someone who claims to have a career in child psychiatry. I would check her credentials and see what else she does in her free time.

02/01/21





02/01/21

For a woman who pretends to have the best interest of children in mind, it's ironic that this phony ucla psychiatrist will blatantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain. Perhaps because she is too undesirable to attract a real man and incapable of having a child of her own, she'll do whatever it takes to impress in a desperate attempt to hang on to whatever might be left of her dwindling childbearing years.

Sherrie Martinez makes false statements to the court about people she doesn't know without solid research or information. For someone whose field relies heavily on research, she should probably quit her corrupt academic administrative job and find a new profession, perhaps a sleazy process server ? Like Sherrie, process servers are immoral scum and usually lacking in the looks department. It will suit her well.





FRIEND KENI
SUTHERLAI

Sandyia

Chris Mcmillan,

Brett Norem, North Carc

RECENT POST

Autmn Delahoussaye
Philip D Welch jr., Tex
Charles Aaron Lehnhoff,
Tommas Campbell, New J
BE CAREFUL HE IS A STA

RECENT COMME

Amanda on Amanda Ala
Guatemala City
Anonymous on jill osler, Was
Anonymous on jill osler, Was
.. on BE CAREFUL HE IS A S
.. on Tommas Campbell, Nev

CATEGORIES

Alabama
Angola
Arizona
Arkansas
Australia
Brazil
Business
California
Canada
Celebrity
Cheater Report TV
China

02/01/21




Sherrie Martinez - Faculty Database | David Geffen School of Medicine ...
people.healthsciences.ucla.edu/institution/personnel?personnel_id=711923 ▾
Sherrie Martinez. Edit your Faculty Profile. Work Titles. UCLA Clinical Administrator, Child and Adolescent Psychiatry. Contact Information: Email Address:

Sherrie Martinez from UCLA lies to court and creates false testimony ...
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
Sherrie Martinez directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his ...

Sherrie Martinez is a liar and phony UCLA neuroscientist | Cheater ...
cheaterreport.com/sherrie-martinez-is-a-liar-and-phony-ucla-neuroscientist/ ▾
Sherrie Martinez is a liar and phony UCLA neuroscientist. October 21, 2017 - For a woman who pretends to have the best interest of children in mind, it's ironic ...


Google sherrie martinez cheaterreport

Sherrie Martinez from UCLA lies to court and creates ... - Cheater Report
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
Sherrie Martinez directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his ...

Sherrie Martinez is a liar and phony UCLA ... - Cheater Report
cheaterreport.com/sherrie-martinez-is-a-liar-and-phony-ucla-neuroscientist/ ▾
Sherrie Martinez is a liar and phony UCLA neuroscientist. October 21, 2017 - For a woman who pretends to have the best interest of children in mind, it's ironic ...

Screen Shot 2017-10-20 at 9.06.12 AM | Cheater Report
cheaterreport.com/sherrie-martinez...to.../screen-shot-2017-10-20-at-9-06-12-am/ ▾
Screen Shot 2017-10-20 at 9.06.12 AM. October 20, 2017 1114 × 1278 Sherrie Martinez from UCLA lies to court and creates false testimony ...

Screen Shot 2017-10-20 at 8.39.33 PM | Cheater Report
https://www.cheaterreport.com/sherrie-martinez.../screen-shot-2017-10-20-at-8-39-33... ▾
Screen Shot 2017-10-20 at 8.39.33 PM. October 20, 2017 1350 × 1370 Sherrie Martinez is a liar and phony UCLA neuroscientist ...

Images for sherrie martinez cheaterreport

02/01/21



Staff - Sherry Martinez - Long Beach Area Council
www.longbeachbsa.org/martinez ▾
Sherry has been with the Long Beach Area Council since 2005. A native of Michigan, she attended high school in Pomona, CA, and now lives in Long Beach.

10+ Sherrie Martinez profiles | Linkedin
https://www.linkedin.com/pub/dir/Sherrie/Martinez
View the profiles of professionals named Sherrie Martinez on LinkedIn. There are 10+ professionals named Sherrie Martinez, who use LinkedIn to exchange ...

Sherrie Martinez | Professional Profile - LinkedIn
https://www.linkedin.com/in/sherrie-martinez-8663b3ba
Sherrie Martinez, MA is the Administrative Director for the Child & Adolescent Psychiatry Division at UCLA. In this role, she manages all aspects of human ...

Sherrie Martinez | Whitepages
https://www.whitepages.com/name/Sherrie-Martinez ▾
View phone, address history, email, public records for the 41 people named Sherrie Martinez. Whitepages is the most trusted directory.

Sherrie Martinez from UCLA lies to court and creates false testimony ...
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
Sherrie Martinez directly lied to the court system on 10/18/17. She inducted a false testimony about a young boy she doesn't know and his ...



1

02/01/21


sherne martinez ucla
Search
Sherne Martinez | Professional Profile - LinkedIn
Sherne Martinez - David Geffen School of Medicine at UCLA
Child and Adolescent Psychiatry | David Geffen School of Medicine at
Academic Child Psychiatrist Position (JPF00291) - UCLA Academic
Sherne Martinez is a liar and phony UCLA neuroscientist | Cheater
Sherne Martinez from UCLA lies to court and creates false testimony
sherne martinez cheaterreport
Sherne Martinez from UCLA lies to court and creates ... - Cheater Rep
Sherne Martinez is a liar and phony UCLA ... - Cheater Report
Screen Shot 2017-10-20 at 9.06.12 AM | Cheater Report
Screen Shot 2017-10-20 at 8.39.33 PM | Cheater Report
Images for sherne martinez cheaterreport
img_0520 | Cheater Report
Cheating spouse | Cheater Report

02/01/21

**WOMEN BEWARE**

*April 12, 2018 at 10:00 Reply*

Thanks for the information, "Truth"! And cheer up, dude! Other men have been dumped before!

BTW are you Lucas Murrey, son of a urn salesman?