# Exhibit E

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403<br>(310) 994-1711<br>ATTORNEY FOR (Name): In Pro Per | | FILED<br>Superior Court of California<br>County of Los Angeles<br>AUG 25 2021<br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ Deputy<br>Brian McClendon |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
1725 Main St., Santa Monica, CA 90401
PLAINTIFF:
Dr. Stewart Lucas Murrey
DEFENDANT:
Chearreport.com, et al.

| AMENDMENT TO COMPLAINT<br>(Fictitious / Incorrect Name) | CASE NUMBER:<br>19SMCV00935 |
|---|---|

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
Doe - 1

and having discovered the true name of the defendant to be:

TRUE NAME
Domingo Juan Rivera

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 20 August 2021 | Dr. Stewart Lucas Murrey | /s/ |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

Dated _____    Judicial Officer _____

LASC LACIV 105 (Rev. 08/18)
For Optional Use

AMENDMENT TO COMPLAINT
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5,
472, 473, 474