# Exhibit G